IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SEAN AKINS, | ) | |
| | ) | |
|     *Plaintiff* | ) | No. 1:16-cv-00125-TRM-SKL |
| | ) | |
|     *v.* | ) | Judge Travis R. McDonough |
| | ) | |
| THE STANDARD INSURANCE COMPANY | ) | Magistrate Judge Susan K. Lee |
| | ) | |
|     *Defendant* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, SEAN AKINS ("Plaintiff"), and defendant, STANDARD INSURANCE COMPANY ("Standard"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and Standard's Counterclaims, and all claims in the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ R. Scott Wilson (with consent)　　　　By: /s/ Jacqueline J. Herring
    Attorney for Plaintiff,　　　　　　　　　　　　　Attorney for Defendant,
    Sean Akins　　　　　　　　　　　　　　　　　　Standard Insurance Company

    R. Scott Wilson　　　　　　　　　　　　　　　　Jacqueline J. Herring (IL 6282246)
    Eric Buchanan & Associates, PLLC　　　　　　SMITH | VON SCHLEICHER + ASSOCIATES
    414 McCallie Avenue　　　　　　　　　　　　　180 North LaSalle Street, Suite 3130
    Chattanooga, Tennessee 37402　　　　　　　　Chicago, Illinois 60601
    P: 877-634-2506　　　　　　　　　　　　　　　P: 312-541-0300
    swilson@buchanandisability.com　　　　　　　jackie.herring@svs-law.com

                                                                                 SO ORDERED:

Dated: _____　　　　　　　　　_____
                                                                                    United States District Judge

## CERTIFICATE OF SERVICE

I certify that on October 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorney:

R. Scott Wilson
Eric Buchanan & Associates, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
swilson@buchanandisability.com

*/s/ Jacqueline J. Herring*
Smith | von Schleicher + Associates
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246